1 | McGREGOR W. SCOTT
United States Attorney
2 | ANDRÉ M. ESPINOSA
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

**FILED**

Dec 15, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF | NO. 2:18-SW-978 KJN |
|---|---|
| a black LG phone, model LM-X210MA, IMEI number 357093-09-888766-8, and any internal storage, currently held by the FBI located at 2001 Freedom Way, in Roseville, California. | ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal this case is GRANTED.

DATED: December 15, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1